In re LAKE SHORE & M. S. RY. CO. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) In the matter of the application of the Lake Shore & Michigan Southern Railway Company for the appointment of commissioners to ascertain the compensation to be made to the owners of and parties interested in certain lands situated in the town of Hanover, county of Chautauqua, and state of New York, and proposed to be taken by the Lake Shore & Michigan Southern Railway Company, and claimed to be owned by Ida Dickinson and others.

PER CURIAM. Report of commissioners set aside, and the order confirming the same reversed, and matter remitted to the Special Term for the appointment of new commissioners, with costs of this appeal to appellant. Held, that the submission of the printed record and briefs on the former appeal to Commissioner Palmer without the knowledge of the appellant was improper, requiring a reversal

of the order. See, also, 128 App. Div. 909, 112 N. Y. Supp. 1134; 140 App. Div. 339, 125 N. Y. Supp. 133.